IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Donald J. Trump for President, Inc.

    Plaintiff(s),

vs.　　　　　　　　　　　　　　　　　　　　　　　　No. CIV

New Mexico Office of the Secretary of State, Maggie Toulousse Oliver, the anonoymous Electors of th

    Defendant(s).

## INFORMATION SHEET FOR T.R.O.

**Attorney(s) for Plaintiff(s):** *(include phone #)*
Michael Smith, (512) 539-8753
Mark Caruso, (505) 883-5000

**Attorney(s) for Defendant(s):** *(include phone #)*
Hector Balderas, Attorney General of NM, (505) 490-4060

**Nature of Underlying Claim:** *(contract, tort, environment, etc.)*
Voting and Federal Elections

**Jurisdiction:** *(Cite Statutes)*
Article I, Section 4, Clause 1; Article II, Section 1, Clause 3; Article III, Section 2, Clause 1.

**Precise statement of activity sought to be restrained or compelled:**
A. The Court should order a temporary restraining order to the Defendant Secretary and the Defendant Electors of the state of New Mexico to delay disposition of certificates of votes for President and Vice President that would ordinarily be performed in accordance with 3 U.S.C. 11, that

## HEARING

**Estimated length of hearing:** 4 hours

**Request hearing to be set for:** *(Select one)*
○ Today　○ Tomorrow　⦿ Within One Week　○ Within Ten Days

## NOTICE

Are all parties represented by counsel at this time?　　○ Yes ○ No

Have the opposing party(ies) and their attorney(s) been notified ?　　○ Yes ⦿ No

    If answer is yes, when?

    If answer is no, why not?
    Notice will be served upon filing to the Attorney General and Secretary of State.

**Notice given by:** ☐ Phone ☒ Fax ☐ Letter ☐ In Person ☐ Other