STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

REPUBLICAN PARTY OF NEW MEXICO,

       Plaintiff,

vs.                                                      Case No. D-101-CV-2020-02344

MAGGIE TOULOUSE OLIVER, Secretary of
State of New Mexico, PATRICK MARTINEZ,
County Clerk of Guadalupe County, and ANNA
MARTINEZ, County Clerk of Taos County,

       Defendants.

## AFFIDAVIT OF MELISSA FRYZEL

STATE OF NEW MEXICO    )
                                       ) ss.
COUNTY OF TAOS            )

       Melissa Fryzel, being first duly sworn, upon his oath deposes and states as follows:

       1.       My name is Melissa Fryzel, I am over the age of 18 years and competent to swear this Affidavit. I have personal knowledge of the matters set forth below.

       2.       I am a resident and registered voter of Taos County, New Mexico, and I am the Party's candidate for Senate District 8.

       3.       I visited the drop box outside the county courthouse in Taos, New Mexico, which is the county seat of Taos County, on Monday, October 19th and Wednesday, October 21st. My visits were during normal polling hours.

       4.       On each of these visits, I observed that the drop box was left unattended and unobserved — there were no poll workers within sight of the box in any direction — and the drop



PLAINTIFF'S EXHIBIT 1

box was both accessible to the public and had its slot open, such that anyone could put something inside it.

5.  I took pictures and video of the lack of supervision during my visits on October 19th and 21st, and on one of these occasions observed the area for 20-30 minutes. On this occasion, I observed several individuals dropping off multiple ballots into the drop box, and there was one individual who had a large — I would estimate roughly 5 inches high — stack of ballots.

Melissa Fryzel

SUBSCRIBED AND SWORN to before me this 27th day of October 2020 by Melissa Fryzel.


(Seal)

Notary Public

My commission expires January 27, 2024.