## Affidavit of Russell James Ramsland, Jr.

1. My name is Russell James Ramsland, Jr., and I am a resident of Dallas County, Texas. I hold an MBA from Harvard University, and a political science degree from Duke University. I have worked with the National Aeronautics and Space Administration (NASA) and the Massachusetts Institute of Technology (MIT), among other organizations, and have run businesses all over the world, many of which are highly technical in nature. I have served on technical government panels.

2. I am part of the management team of Allied Security Operations Group, LLC, (ASOG). ASOG is a group of globally engaged professionals who come from various disciplines to include Department of Defense, Secret Service, Department of Homeland Security, and the Central Intelligence Agency. It provides a range of security services, but has a particular emphasis on cybersecurity, open source investigation and penetration testing of networks. We employ a wide variety of cyber and cyber forensic analysts. We have patents pending in a variety of applications from novel network security applications to SCADA (Supervisory Control and Data Acquisition) protection and safe browsing solutions for the dark and deep web. For this report, I have relied on these experts and resources.

3. In November 2018, ASOG analyzed audit logs for the central tabulation server of the ES&S Election Management System (EMS) for the Dallas, Texas, General Election of 2018. Our team was surprised at the enormous number of error messages that should not have been there. They numbered in the thousands, and the operator ignored and overrode all of them. This led to various legal challenges in that election, and we provided evidence and analysis in some of them.

4. As a result, ASOG initiated an 18-month study into the major EMS providers in the United States, among which is Dominion that provides EMS services in Michigan. We did thorough background research of the literature and discovered there is quite a history from both Democrat and Republican stakeholders in the vulnerability of Dominion. The State of Texas rejected Dominion's certification for use there due to vulnerabilities. Next, we began doing passive penetration testing into the vulnerabilities described in the literature and confirmed for ourselves that in many cases, vulnerabilities already identified were still left open to exploit. We also noticed a striking similarity between the approach to software and EMS systems of ES&S and Dominion. This was logical since they share a common ancestry in the Diebold voting system.

5. Over the past three decades, almost all of the states have shifted from a relatively low-technology format to a high-technology format that relies heavily on a handful of private services companies. These private companies supply the hardware and software, often handle voter registrations, hold the voter records, partially manage the elections, program counting the votes and report the outcomes. Michigan is one of those states.

Exhibit 5

6. These systems contain a large number of vulnerabilities to hacking and tampering, both at the front end where Americans cast their votes, and at the back end where the votes are stored, tabulated, and reported. These vulnerabilities are well known, and experts in the field have written extensively about them.

7. Dominion ("Dominion") is a privately held company that provides election technologies and services to government jurisdictions. Numerous counties across the state of Michigan use the Dominion Election Management System. The Dominion system has both options to be an electronic, paperless voting system with no permanent record of the voter's choices, paper ballot based system or hybrid of those two.

8. The Dominion Election Management System's central accumulator does not include a protected real-time audit log that maintains the date and time stamps of all significant election events. Key components of the system utilize unprotected logs. Essentially this allows the internal operator or an external attacker the opportunity to arbitrarily add, modify, or remove log entries, causing the machine to log election events. The system makes the creation and maintenance of various logs voluntary, so that the user has a choice to "not retain" or "conceal" their actions. Further, when logs are left unprotected and can be altered, they no longer serve the functional purpose of provided a transparent audit log to the public or election officials.

9. My colleagues and I at ASOG have studied the information that is publicly available concerning the November 3, 2020, election results. Based on the significant anomalies and red flags that we have observed, we believe to a reasonable degree of professional certainty that election results have been manipulated within the Dominion system in Michigan. As one example, Dr. Andrew Appel, Princeton Professor of Computer Science and Election Security Expert has observed, with reference to Dominion Voting machines, "I figured out how to make a slightly different computer program that just before the polls were closed it switches some votes around from one candidate to another. I wrote that computer program into a memory chip and now to hack a voting machine you just need 7 minutes alone with it and a screwdriver." We list below other red flags that our team has uncovered. Until a thorough forensic analysis of the voting system hardware and software is conducted, it will be impossible to know for certain.

10. One red flag has been seen in Antrim County, Michigan. In Michigan we have seen reports of 6,000 votes in Antrim County that were switched from Donald Trump to Joe Biden and were only discoverable through a hand counted manual recount. While the first reports have suggested that it was due to a "glitch" after an update, it was recanted and later attributed to "clerical error." This change is important because if it were not due to clerical error, but due to a "glitch" emanating from an update, the system would be required to be "re-certified" according to Dominion officials. This was not done. We are skeptical of these assurances as we know firsthand this has many other plausible explanations and a full investigation of this event needs to be conducted as there are a reported 47 other counties using essentially the same system in Michigan. It is our belief (based on the information

Exhibit 5

we have acquired to this point) that the problem most likely did occur due to a glitch where an update file didn't properly synchronize the ballot barcode generation and reading portions of the system. If that is indeed the case, there is no reason to assume this would be an isolated error. This "glitch" would either cause the vote to be misread and directed to another candidate on the ballot or cause the entire ballot upload batch to read as zero in the tabulation processor. This in turn hands over to the system operator at the voting site full control of vote allocation for the entire batch of ballots. We also observed provisional ballots were accepted properly but in-person ballots were being rejected (zeroed out and/or changed - flipped). Because of the highly vulnerable nature of these systems to error and exploits, it is likely that some, or all of the other counties in MI with these systems may have experience the same problem.

11. Another statistical red flag can be observed in Michigan where even the very limited remaining public data reveals 643 precincts with voter turn-out above 80%, according to county records. Further if these very limited remaining public data votes were normalized to 80% turnout (still 15%+/- above normal), the excess votes are at least 36,812 over the maximum that could be expected. We anticipate that precincts with excess voter turnout will be even higher with complete public data (Some larger precincts in Wayne Co and others are no longer publicly reporting their data).

| Precinct/Township | % Turnout |
|---|---|
| City of North Muskegon | 781.91% |
| Zeeland Charter Township | 460.51% |
| Grout Township | 215.21% |
| City of Muskegon | 205.07% |
| City of Detroit | 139.29% |
| Spring Lake Township | 120.00% |
| Greenwood Township | 100.00% |
| Hart Township | 100.00% |
| Leavitt Township | 100.00% |
| Newfield Township | 100.00% |
| Otto Township | 100.00% |
| Pentwater Township | 100.00% |
| Shelby Township | 100.00% |
| Shelby Township | 100.00% |
| Weare Township | 100.00% |
| City of Hart | 100.00% |
| Grand Island Township | 96.77% |
| Tallmadge Charter Township | 95.24% |
| Fenton | 93.33% |
| Bohemia Twp | 90.63% |
| Zeeland Charter Township | 90.59% |

Exhibit 5

12. The following data strongly suggests that the additive algorithm (a feature enhancement referred to as "ranked choice voting algorithm" or "RCV") was activated in the code as shown in the Democracy Suite EMS Results Tally and Reporting User Guide, Chapter 11, Settings 11.2.2. It reads in part, "**RCV METHOD: This will select the specific method of tabulating RCV votes to elect a winner.**" For instance, blank ballots can be entered into the system and treated as "write-ins." Then the operator can enter an allocation of the write-ins among candidates as he or she wishes. The result then awards the winner based on "points" that the algorithm computes, not actual voter votes. The fact that we observed raw vote data coming directly from the Dominion data feed that includes decimal places proves that the winner was selected by an algorithm, and not individual voter's choice. Otherwise, votes would be solely represented as whole numbers (votes cannot possibly be added up and have decimal places reported). Below is an excerpt from Dominion's direct feed to news outlets showing actual calculated votes with decimals.

| state | timestamp | eevp | trump | biden | TV | BV |
|---|---|---|---|---|---|---|
| michigan | 2020-11-04T06:54:48Z | 64 | 0.534 | 0.448 | 1925865.66 | 1615707.52 |
| michigan | 2020-11-04T06:56:47Z | 64 | 0.534 | 0.448 | 1930247.664 | 1619383.808 |
| michigan | 2020-11-04T06:58:47Z | 64 | 0.534 | 0.448 | 1931413.386 | 1620361.792 |
| michigan | 2020-11-04T07:00:37Z | 64 | 0.533 | 0.45 | 1941758.975 | 1639383.75 |
| michigan | 2020-11-04T07:01:46Z | 64 | 0.533 | 0.45 | 1945297.562 | 1642371.3 |
| michigan | 2020-11-04T07:03:17Z | 65 | 0.533 | 0.45 | 1948885.185 | 1645400.25 |

13. Yet another statistical red flag in Michigan concerns the dramatic shift in votes between the two major party candidates as the tabulation of the turnout increased. A significant irregularity surfaces. Until the tabulated voter turnout reached approximately 83%, Trump was generally winning between 55% and 60% of every turnout point. Then, after the counting was closed at 2:00 am, the situation dramatically reversed itself, starting with a series of impossible spikes shortly after counting was supposed to have stopped. The several spikes cast almost solely for Biden could easily be produced in the Dominion EMS control system by pre-loading batches of blank ballots in files such as Write-Ins, then casting them almost all for Biden using the Override Procedure (to cast Write-In, Blank, or Error ballots) that is available to the operator of the system. A few batches of blank ballots could easily produce a reversal this extreme; a reversal that is almost as statistically difficult to explain as is the impossibility of the votes cast to the number of voters described in Paragraph 11 above. See Melissa Carone Affidavit, attached.

Exhibit 5

Dominion also has a "Blank Ballot Override" function. Essentially a save for later bucket that can be manually populated later.



13. The final red flag is perhaps the greatest. Something occurred in Michigan that is physically impossible, indicating the results were manipulated on election night within the EMS. The event as reflected in the data are the 4 spikes totaling 384,733 ballots allegedly processed in a combined interval of only 2 hour and 38 minutes. This is physically impossible given the equipment available at the 4 referenced locations (precincts/townships). We looked at ballots processed and cross referenced the serial numbers and types of the scanning devices used at each location to determine the amount of ballot processing capacity per the equipment performance specifications. The Model DRM16011 processes 60 images/min. without accounting for paper jams, replacement cover sheets or loading time, so we calculate 2,000 ballots/hr/machine in field conditions, which is probably generous. This calculation yields a sum of 94,867 ballots as the maximum number of ballots that could be processed. It should be noted that in the event of a jam and the counter is not reset, the ballots can be run through again effectively duplicating them – This was noted in Ms. Carone's affidavit, a Dominion Contract Employee working in Detroit (attached). The existence of the spike is indicative of a manual adjustment either by the operator of the system (see paragraph 12 above) or an attack by outside actors. **In any event, there were 289,866 more ballots processed in the time available for processing in four precincts/townships, than there was processing capacity.** A look at the graph below demonstrates this.

Exhibit 5



14. Based on the foregoing, I believe these statistical anomalies and impossibilities compels the conclusion to a reasonable degree of professional certainty that the vote count in Michigan, and in Wayne County, in particular for candidates for President contain at least 289,866 illegal votes that must be disregarded.

Further affiant sayeth naught.

Russell James Ramsland, Jr.   Date 11/24/2020

Sworn before me on 11/24/2020

Notary public:

SARAH AGEE
Notary Public, State of Texas
Comm. Expires 08-20-2022
Notary ID 131688896

Exhibit 5

# RUSSELL JAMES RAMSLAND, Jr.

## *Professional Summary*

Unusual breadth of experience as a Senior Management Executive with MBA in both start-up and private company environments. Background includes international and domestic experience, oil and gas exploration and production, advanced converged telecom, highly advanced semiconductor materials, hospitality, commercial real estate development & operation, investment banking and service industries.

## *Professional Experience*

**Allied Special Operations Group, LLC.** – Addison, Texas                                                                    2017 –present
**Co-Founder**
ASOG is a group of globally engaged professionals who come from various disciplines that includes Department of Defense, Secret Service, Department of Homeland Security, the Central Intelligence Agency and others. It offers services cybersecurity services, safety and security training, personal protection CONUS and OCONUS, Open Source Investigations, and two mission projects centered on the US Elections system and human trafficking.

**Independent Consultant** – Dallas, Texas                                                                                                2003 – 2017
General business consulting with a variety of clients and industries including oil and gas exploration, architectural firms, interiors design firms, printing companies, hospitality industry and real estate. Advise on strategic and operational issues, mergers and acquisitions, and financial performance enhancement.

**SandStream, Inc.** – Lewisville, Texas                                                                                                      1999–2003
**CFO/VP Finance/Board of Directors**
Start-up company developed a fully interactive, converged service consisting of DVD quality streaming video, voice and data using IP and Ethernet over a fiber network. Responsible for all aspects of finance, accounting and legal departments. Worked closely with CEO on strategic planning and direction. Developed a new model for fiber-to-the-home deployments that saved 40% over traditional practices while supporting a 10% greater initial service offering. Patent application was filed and was named co-inventor. Conducted numerous private placement offerings of common and preferred securities with financial and strategic investors including Nortel Networks, Cisco Systems and Texas Instruments. Total amount of financing was $70 million. Primary negotiator for company's senior secured and subordinated debt facilities. Company achieved a valuation in excess of $250 million.

**Capital Alliance Corp.**   - Dallas, Texas                                                                                                1996-1999
**Vice President**
A 39 year old investment banking firm based in Dallas, Texas specializing in middle market Mergers and Acquisitions with annual transaction volume of approximately $200 million at the time. Participated in the successful launch of the International Division in 1996-97. Developed new business, structured financial transactions, sourced funds and negotiated on behalf of clients with banks and investors in the US and Mexico. Represented a variety of industries including telecommunications, tourism, healthcare, electrical contracting, construction, banking and oil and gas exploration.

**Grandactual Ltd. dba "The Texas Embassy Cantina"** – London, England                                              1994-2012
**Co-founder, Principal and Director**
The Texas Embassy Cantina® on Trafalgar Square in London, England was Europe's highest grossing Tex-Mex restaurant and evolved into a brand name recognized worldwide. Responsibilities included operations oversight, development of MIS reports, investor relations and marketing. Negotiated the sale of the venture after 18 years of operation

**Microgravity Research Associates, Inc.** – Huntsville, Alabama                                                              1980-1992
**Co-Founder, Director, CEO**
This start-up company developed a unique Liquid Phase Electroepitaxial approach to grow very advanced III-V semiconductor materials as binaries, ternaries and quaternaries, first in the low gravity environment of space and later terrestrially for use in very advanced sensors and detectors as required by NASA and U.S. Department of Defense. Negotiated the nation's first Joint Endeavor Agreement (JEA) with NASA that pioneered a new form of partnership between the United States government and a private firm. Worked in concert with various entities of the Reagan White House, M.I.T., NASA (Marshall Space Flight Center), Boeing, Teledyne Brown and C. Itoh (Japan).

**Exhibit 5**

**Dinero Companies** - Midland, Texas                                                                                              1979-Present
**Chairman, Director**
Family based oil and gas exploration and production company based in Midland, Texas. Company has drilled and operated in 8 states, Canada and offshore Ecuador and was early pioneer in the search to develop shale oil bearing zones. In 2006, company was in the top 50 largest gas producers in the State of New Mexico. Over the years the company has had over 600 private partners with varying interest in several hundred wells.

**Tuku Tuku Ranch** – Formerly the Island of Efate, New Hebrides                                                              1976-1977
**Leader of Evaluation/Due Diligence Team**
Consultant to consortium of private individuals formed to establish a cattle ranching operation on Efate, New Hebrides in conjunction with a proposed Japanese fleet of processing ships supplying beef to Japanese mainland.

**Blue Seas Shipping Co.** – London, England & Riyadh, Saudi Arabia                                                           1975-1977
**Chief Financial Strategist**
Consultant to consortium of private individuals, the C.T. Bowring Group of London and Sheikh Jamil Khogeer of Mecca, Saudi Arabia that was formed to establish a Saudi flag carrier for shipping transport of crude oil.

**Honorable George W. Mahon** – U.S. HOUSE OF REPRESENTATIVES                                                                 1974
**Chairman Mahon and the House Appropriations Committee**
Researched and reported to the Chairman in areas of oil & gas legislation and defense.

## *PROFESSIONAL AND CIVIC ACTIVITIES – Past & Present*
*Present*
Member of Finance Committee of Park Cities Presbyterian Church
State Delegate to 5 Republican Conventions
Election Judge & Poll Watcher
Board of Directors - PhotonX, Inc.

*Past*
2016 Candidate for U.S. House of Representatives – CD-32 Texas
Founder and Leader of 1,200+ member Park Cities/Preston Hollow Leadership Forum dedicated to the political education of its members.
Precinct Chairman – several years
Member of the Society of International Business Fellows
Chairman and member of Finance Committee of Park Cities Presbyterian Church
Deacon at Park Cities Presbyterian Church - Dallas
Board of Directors – Permian Basin Petroleum Association
Co-founder of Young Producer's Forum (oil and gas)
Member of U.S. Department of Transportation's Commercial Space Transportation Advisory Committee (COMSTAC)
Member of National Chamber of Commerce (Washington) Space Policy Task Force
Member of Advisory Board of Main Hurdman's Space Industry Consulting Group
Member of U.S. Office of Technology Assessment Space Law Task Force
Consultant to NASA 1978-79
Invited speaker at Harvard University, M.I.T, the New York Society of Securities Analysts, International Space Conference at Montreux, Switzerland, and others.

## *ACADEMIC BACKGROUND*
Harvard Graduate School of Business - M.B.A 1979
Duke University - B.A. - Political Science 1975

Exhibit 5