

She walks towards the ballot box, pointing to it as another man approaches.

3

Exhibit 6



She deposits her ballot, and the man deposits his moments later.

Exhibit 6



Exhibit 6