# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAGGIE TOULOUSE OLIVER, in her official capacity as Secretary of State of New Mexico, the ELECTORS of NEW MEXICO, and the STATE CANVASSING BOARD OF NEW MEXICO, <br><br> Defendants. | Case No. 1:20-cv-01289-MV |

## INTERVENOR, DEMOCRATIC NATIONAL COMMITTEE'S NOTICE OF GOOD STANDING OF COUNSEL FROM PERKINS COIE, LLP
## SEEKING TO APPEAR *PRO HAC VICE*

Intervenor DNC Services Corporation/Democratic National Committee (the "DNC"), through the undersigned counsel, who is a member in good standing of the Bar of the State of New Mexico, hereby provides notice that Marc Elias, Matthew Gordon, Uzoma Nkwonta, Torryn Taylor Rodgers, Emily Brailey, and Jacob Shelly are members of good standing in all the courts in which they are admitted to practice and should be permitted to appear *pro hac vice* for all purposes, including being heard in open court, in the above-referenced matter, and in support thereof states:

1. Attorneys Marc Elias, Matthew Gordon, Uzoma Nkwonta, Torryn Taylor Rodgers, Emily Brailey, and Jacob Shelly are attorneys with the law firm of Perkins Coie LLP. Intervenor DNC has requested that it be represented by Marc Elias, Matthew Gordon, Uzoma Nkwonta, Torryn Taylor Rodgers, Emily Brailey, and Jacob Shelly in this action.

2.  Matthew Gordon is a member in good standing of the Bar of the State of Washington. Attorney Matthew Gordon is in good standing in all courts in which he is admitted to practice.

3.  Torryn Taylor Rodgers is a member in good standing of the Bar of the State of California. Attorney Torryn Taylor Rodgers is in good standing in all courts in which she is admitted to practice.

4.  Marc Elias, Uzoma Nkwonta, and Emily Brailey are members in good standing of the Bar of the District of Columbia. Attorneys Uzoma Nkwonta, and Emily Brailey are in good standing in all courts in which they are admitted to practice.

5.  Jacob Shelly is a member in good standing of the Bar of the State of Maryland. Attorney Jacob Shelly is in good standing in all courts in which he is admitted to practice.

6.  The mailing address and telephone number of attorney Matthew Gordon is as follows: Perkins Coie LLP, 1201 Third Avenue, Seattle, WA 98101. Telephone: (206) 359-8000.

7.  The mailing address and telephone number of attorneys Marc Elias, Uzoma Nkwonta, Emily Brailey, and Jacob Shelly is as follows: Perkins Coie LLP, 700 13th St. NW, Washington D.C. 20005, Telephone: (202) 654-6200.

8.  The mailing address and telephone number of attorneys Torryn Taylor Rodgers is as follows: Perkins Coie LLP, 505 Howard St., San Francisco, CA 94105. Telephone: (415) 344-7000.

9.  The mailing address and telephone number of the attorneys licensed in the United States District Court for the District of New Mexico with whom Marc Elias, Matthew Gordon, Uzoma Nkwonta, Torryn Taylor Rodgers, Emily Brailey, and Jacob Shelly are associated for

purposes of this matter are Paul Melendres and Melissa Calderon, Melendres & Melendres PC 1017 Fifth Street, N.W., Albuquerque, NM 87102, Telephone: (505) 243-8130, Fax: (505) 243-9271.

10. Marc Elias, Matthew Gordon, Uzoma Nkwonta, Torryn Taylor Rodgers, Emily Brailey, and Jacob Shelly are familiar with the Federal Rules of Civil Procedure and the Local Rules of this Court governing procedure and the conduct of its members and at all times will comply with those rules.

        Respectfully submitted,

        MELENDRES & MELENDRES P.C.

By: /s/ Paul Melendres
        By: Paul Melendres
        Melissa Calderon
        Attorneys for Intervenor DNC
        1017 5th Street NW
        Albuquerque, NM 87102
        (505) 243-8310 Telephone

*Counsel for Intervenor DNC*

WE HEREBY CERTIFY that on the 4th day of January, 2021, we filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

MELENDRES & MELENDRES P.C.

By     */s/ Melissa Calderon*
      Melissa Calderon