IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DONALD J. TRUMP FOR PRESIDENT, INC.,**

    **Plaintiff,**

v.                                                    Case No. 1:20-cv-01289-MV-JHR

**MAGGIE TOULOUSE OLIVER, in her official capacity as Secretary of State of New Mexico, the ELECTORS of NEW MEXICO and the STATE CANVASSING BOARD OF NEW MEXICO,**

    **Defendants.**

v.

**DNC SERVICES CORPORATION/ DEMOCRATIC NATIONAL COMMITTEE**

    **Intervenor Defendant.**

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiff, Donald J. Trump for President, Inc. in the above-captioned action, by and through its attorney of record, Mark J. Caruso, Esq. Caruso Law Offices, PC, and hereby dismisses the within and foregoing action, without prejudice, with each party to bear its own fees and costs.

                                                                    CARUSO LAW OFFICES, P.C.
                                                                         Electronic Filing
                                                              By:    /s/ Mark J. Caruso, Esq.
                                                                      Mark J. Caruso, Esq.

Attorney for Plaintiff
4302 Carlisle Blvd., N.E.
Albuquerque, New Mexico 87107
Tele: (505) 883-5000
Fax : (505) 883-5012
[mark@carusolaw.com](mailto:mark@carusolaw.com)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11 day of January 2021, a true and correct copy of the foregoing was filed and served to all counsel and parties of record via the Court's CM/ECF System.

_/s/ Mark J. Caruso_____
Mark J. Caruso